EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Julio E. Rivera Aponte | 2007 TSPR 38<br><br>170 DPR \_\_\_\_ |

Número del Caso: TS-8231

Fecha: 8 de marzo de 2007

Abogado de la Parte Peticionaria:

Lcda. Pilar Muñoz Nazario

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio E. Rivera Aponte                    TS-8231

RESOLUCION

San Juan, Puerto Rico, a 8 de marzo de 2007.

Atendida la "Solicitud de Reinstalación" al ejercicio de la notaría del Lcdo. Julio E. Rivera Aponte y habiendo cumplido con el término de un (1) mes de suspensión decretada mediante Opinión Per Curiam de 19 de diciembre de 2006, se declara ha lugar.  Se concede la reinstalación solicitada al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo